UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

WILLIAM L.,                                              Case No. 23-CV-0779 (PJS/DTS)

          Plaintiff,

v.                                                                    ORDER

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

---

This matter is before the Court on plaintiff's motion for authorization of

attorney's fees pursuant to 42 U.S.C. § 406(b) and the fee agreement between plaintiff

and his legal counsel.  Under § 406(b), plaintiff seeks $9,751.50, which represents a total

fee award of $18,251.50 less the $8,500.00 that plaintiff was previously awarded under

the Equal Access to Justice Act.  *See* ECF No. 20.  The government takes no position on

plaintiff's fee request.

Under § 406(b), counsel may recover a reasonable fee not greater than 25 percent

of the total past-due benefits to which the claimant is entitled.  The fee agreement

between a plaintiff and his counsel should be the primary means by which attorney fees

are determined under § 406(b).  *Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002).

Nevertheless, courts must also conduct an independent assessment of the

reasonableness of the agreement.  *Id.* at 808.  In determining the reasonableness of a fee

award, courts consider the quality of the representation and the results achieved, as

well as the hours spent on the matter, and the attorney's billing rate.  *Id.*

Having reviewed the record, the Court finds that the requested fee is reasonable.

After this Court remanded this case to the agency, an Administrative Law Judge issued

a decision favoring plaintiff.  ECF No. 26-2 at 2.  Counsel spent 52.3 hours on this

matter, ECF No. 26-2 at 14, which works out to an hourly rate of approximately $350, a

lower hourly rate than other judges in this District have found to be reasonable.  *See*

*Fensterman v.Comm'r. of Soc. Sec.*, No. 22-CV-2862 (NEB/ECW), 2025 WL 1340657, at *2

(D. Minn. May 8, 2025) (approving an effective hourly rate of $578.48 per hour); *Lee R. v.*

*Kijakazi*, No. 20-CV-1989 (TNL), 2023 WL 7014406, at *3 (D. Minn. Oct. 25, 2023)

(approving an effective hourly rate of $633.39 per hour).  Finally, the total fee amount of

$18,251.50 is no more than 25 percent of plaintiff's past-due benefits.  *See* ECF No. 26-2

at 2.  Plaintiff's motion is therefore granted.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.    Plaintiff's motion for authorization of attorney's fees [ECF No. 24] is

       GRANTED.

2.      Pursuant to 42 U.S.C. § 406(b), plaintiff's counsel is awarded a net of

$9,751.50 in fees payable from plaintiff's past-due benefits.  This

represents a total fee award of $18,251.50 less the $8,500.00 that plaintiff

was previously awarded under the Equal Access to Justice Act.

Dated:  August 4, 2025                                    /s/ Patrick J. Schiltz
                                                          Patrick J. Schiltz, Chief Judge
                                                          United States District Court